| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEVADA |
| Case number *(if known)* _____   Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **STERNSCHNUPPE LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **33-0835736** |
| 4. | Debtor's address | **Principal place of business**<br>**3325 W. Sunset Road Ste. E**<br>**Las Vegas, NV 89118**<br>Number, Street, City, State & ZIP Code<br><br>**Clark**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership<br>☐ Other. Specify: _____ |

Debtor  **STERNSCHNUPPE LLC**                                                                    Case number (*if known*)
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.naics.com/search/.

   ____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | When | Case number, if known | |

Official Form 201             **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 2

Debtor **STERNSCHNUPPE LLC** Case number (*if known*)
Name

**11. Why is the case filed in *this district*?** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   . *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **STERNSCHNUPPE LLC**  
Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 10, 2016**  
MM / DD / YYYY

X **/s/ Kimberly Michaelis**          **Kimberly Michaelis**  
Signature of authorized representative of debtor        Printed name

Title **Managing Member**

**18. Signature of attorney**

X **/s/ Nedda Ghandi**          Date **March 10, 2016**  
Signature of attorney for debtor        MM / DD / YYYY

**Nedda Ghandi**  
Printed name

**Ghandi Deeter Law Offices**  
Firm name

**707 S. 10th Street**  
**Las Vegas, NV 89101**  
Number, Street, City, State & ZIP Code

Contact phone **702-878-1115**    Email address **nedda@ghandilaw.com**

**11137**  
Bar number and State

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **STERNSCHNUPPE LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 10, 2016**    X **/s/ Kimberly Michaelis**
Signature of individual signing on behalf of debtor

**Kimberly Michaelis**
Printed name

**Managing Member**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **STERNSCHNUPPE LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AirGas LLC<br>3560 Losee Road<br>North Las Vegas, NV 89030 | | Vendor | | | | $11,000.00 |
| Akzo Nobel Coatings, Inc.<br>150 Columbia Street<br>Reading, PA 19601 | | Vendor | | | | $10,528.30 |
| Amada America, Inc.<br>7025 Firestone Blvd.<br>Buena Park, CA 90621 | | Vendor | | | | $46,405.54 |
| Bend Plating<br>550 SE Bridgeford Blvd.<br>Bend, OR 97702 | | Vendor | | | | $30,531.23 |
| Brillcast, Inc.<br>3400 Wentworth Drive SW<br>Wyoming, MI 49519 | | Vendor | | | | $46,211.22 |
| C.H. Robinson Worldwide, Inc.<br>980 Kelly Johnson Dr. Ste. 130<br>Las Vegas, NV 89119 | | Vendor | | | | $6,071.40 |
| Federal Express<br>942 S. Shady Grove Road<br>Memphis, TN 38120 | | Vendor | | | | $15,553.48 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | 941 Tax | Disputed | | | Unknown |

Debtor  **STERNSCHNUPPE LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kiboworks**<br>9580 Oak Avenue Pkwy Ste. 7-211<br>Folsom, CA 95630 | | **Vendor** | | | | $23,518.07 |
| **Landberg**<br>6625 Arroyo Springs Street #140<br>Las Vegas, NV 89113 | | **Vendor** | | | | $7,248.07 |
| **Lincoln Industries**<br>600 West E. Street<br>Lincoln, NE 68522 | | **Vendor** | | | | $66,208.83 |
| **McMaster-Carr Supply Co.**<br>9630 Norwalk Blvd.<br>Santa Fe Springs, CA 90670 | | **Vendor** | | | | $45,090.85 |
| **Monroe Engineering**<br>1030 Doris Road<br>Auburn Hills, MI 48326 | | **Vendor** | | | | $21,826.21 |
| **Nevada Dept. of Taxation, Bankruptcy**<br>555 E. Washington Ave. #1300<br>Las Vegas, NV 89101 | | **Sale/Use Tax** | **Disputed** | | | Unknown |
| **O'Neal Flat Rolled Metals**<br>451 Mirror Court Ste. 104<br>Henderson, NV 89011 | | **Vendor** | | | | $59,966.68 |
| **Pacific Toll Processing, Inc.**<br>24724 S. Wilmington Ave.<br>Carson, CA 90745 | | **Vendor** | | | | $24,777.91 |
| **Pencom**<br>6380 S. Valley View Blvd. Ste. 240<br>Las Vegas, NV 89118 | | **Vendor** | | | | $30,029.18 |
| **Republic Services**<br>18500 N. Allied Way<br>Phoenix, AZ 85054 | | **Vendor** | | | | $6,641.34 |
| **Southern Coast International Corp.**<br>1480 Beachey Place<br>Carson, CA 90746 | | **Vendor** | | | | $13,317.68 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **STERNSCHNUPPE LLC**
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Valley View Business Center**<br>**3280 S. Valley View Blvd. Ste. 106**<br>**Las Vegas, NV 89118** | | **Vendor** | | | | **$13,992.00** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re  **STERNSCHNUPPE LLC**                                      Case No.
                              Debtor(s)                           Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | |
    |---|---|
    | For legal services, I have agreed to accept | $ **24,700.00** |
    | Prior to the filing of this statement I have received | $ **24,700.00** |
    | Balance Due | $ **0.00** |

2.  The source of the compensation paid to me was:

    ☐ Debtor    ■ Other (specify):   **Third Party Funds**

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtor(s) in any dischargeability actions, reaffirmation agreements, judicial lien avoidances, relief from stay actions or an other adversary proceedings.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March 10, 2016** | **/s/ Nedda Ghandi** |
| Date | **Nedda Ghandi 11137** |
| | *Signature of Attorney* |
| | **Ghandi Deeter Law Offices** |
| | **707 S. 10th Street** |
| | **Las Vegas, NV 89101** |
| | **702-878-1115  Fax: 702-447-9995** |
| | **nedda@ghandilaw.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## District of Nevada

In re: **STERNSCHNUPPE LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **March 10, 2016**

**/s/ Kimberly Michaelis**
**Kimberly Michaelis**/**Managing Member**
Signer/Title

STERNSCHNUPPE LLC
3325 W. Sunset Road Ste. E
Las Vegas, NV 89118

Nedda Ghandi
Ghandi Deeter Law Offices
707 S. 10th Street
Las Vegas, NV 89101

AirGas LLC
3560 Losee Road
North Las Vegas, NV 89030

Akzo Nobel Coatings, Inc.
150 Columbia Street
Reading, PA 19601

Amada America, Inc.
7025 Firestone Blvd.
Buena Park, CA 90621

Bend Plating
550 SE Bridgeford Blvd.
Bend, OR 97702

Brillcast, Inc.
3400 Wentworth Drive SW
Wyoming, MI 49519

C.H. Robinson Worldwide, Inc.
980 Kelly Johnson Dr. Ste. 130
Las Vegas, NV 89119

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Electrosem
2600 South Hardy Drive
Tempe, AZ 85282

Federal Express
942 S. Shady Grove Road
Memphis, TN 38120

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Kiboworks
9580 Oak Avenue Pkwy Ste. 7-211
Folsom, CA 95630

Landberg
6625 Arroyo Springs Street #140
Las Vegas, NV 89113

Lincoln Industries
600 West E. Street
Lincoln, NE 68522

McMaster-Carr Supply Co.
9630 Norwalk Blvd.
Santa Fe Springs, CA 90670

Monroe Engineering
1030 Doris Road
Auburn Hills, MI 48326

Nevada Dept. of Taxation, Bankruptcy
555 E. Washington Ave. #1300
Las Vegas, NV 89101

O'Neal Flat Rolled Metals
451 Mirror Court Ste. 104
Henderson, NV 89011

Pacific Toll Processing, Inc.
24724 S. Wilmington Ave.
Carson, CA 90745

Panduit Sales Corp.
6605 Reliable Parkway
Chicago, IL 60686

Pencom
6380 S. Valley View Blvd. Ste. 240
Las Vegas, NV 89118

Republic Services
18500 N. Allied Way
Phoenix, AZ 85054

Southern Coast International Corp.
1480 Beachey Place
Carson, CA 90746

Stanley Security Solutions
Dept. Ch. 10651
Palatine, IL 60055

Valley View Business Center
3280 S. Valley View Blvd. Ste. 106
Las Vegas, NV 89118

Western Stud Welding
615 West 9400 South Ste. 119-120
Sandy, UT 84070

# United States Bankruptcy Court
## District of Nevada

In re  **STERNSCHNUPPE LLC**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **STERNSCHNUPPE LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 10, 2016**  
Date

**/s/ Nedda Ghandi**  
**Nedda Ghandi 11137**  
Signature of Attorney or Litigant  
Counsel for **STERNSCHNUPPE LLC**  
**Ghandi Deeter Law Offices**  
**707 S. 10th Street**  
**Las Vegas, NV 89101**  
**702-878-1115 Fax:702-447-9995**  
**nedda@ghandilaw.com**