NVB 3022 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:                                            BK−16−11242−mkn
                                                    CHAPTER 7

STERNSCHNUPPE LLC

                              Debtor(s)                   FINAL DECREE

The estate of the debtor(s) having been fully administered,

**IT IS ORDERED** that TROY S. FOX is discharged as trustee of the estate.

This Chapter 7 case is closed.

Dated: 4/11/23

                                                         Mary A. Schott
                                                         Clerk of Court